UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Beverly Goldman,

        Plaintiffs,

        v.

Accounts Receivable Management Inc

        Defendant,

1:15-cv-06299-CBA-MDG

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 - 2016 ★

BROOKLYN OFFICE

-------------------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: Brooklyn, New York
      July 21, 2016

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

Attorneys for Plaintiff

So Ordered

8/1/16     /s/Carol Bagley Amon